IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  vs.<br><br>GAYE F. UREY *also known as* FELICIA UREY-GAYE,<br><br>        Defendant.<br>_____/ | No. C-06-0875 MEJ<br><br>**ORDER CONTINUING JULY 26, 2007 HEARING TO AUGUST 2, 2007** |

The Court hereby continues the hearing on Plaintiff's Motion for Summary Judgement, originally scheduled for July 26, 2007. The hearing is continued to August 2, 2007 at 10:00 a.m., Courtroom B., San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 24, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge